PER CURIAM.
 

 This is an appeal from a final order dismissing a petition for writ of habeas corpus. The appellant contends that he has been detained unlawfully because his commitment papers do not meet the requirements of section 944.17(5), Florida Statutes. This statute directs the circuit courts to use a uniform commitment form and it specifies the documents that must be transmitted to the Department of Corrections along with the form, but it does not create a cause of action that can be asserted by an inmate. Because the appellant has failed to allege that he is being detained unlawfully, the circuit court acted properly in dismissing his petition for writ of habeas corpus.
 

 Affirmed.
 

 WEBSTER, PADOVANO, and ROWE, JJ., concur.